# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, | : | Case No. 2:23-cv-3519 |
| Petitioner, | : | |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Karen L. Litkovitz |
| WARDEN, | : | |
| Respondent. | : | |

## ORDER

This matter is before the Court on petitioner Christopher Foster's "motion for the court to recommit" (Doc. 9) and "motion about case ripeness" (Doc. 10).

Petitioner's "motion for the court to recommit" (Doc. 9) appears to request leave to supplement his objections to the undersigned's Report and Recommendations (Docs. 4, 7). For good cause shown, the motion (Doc. 9) is **GRANTED**.

Petitioner's "motion about case ripeness" (Doc. 10) appears to take issue with the perceived delay in the resolution of his case. Each case is considered in its order of priority as determined on a continuing basis by the Court. When decisions are made in this case, the Clerk of Court will file the Orders and send a copies to petitioner. Therefore, petitioner's "motion about case ripeness" (Doc. 10) is **DENIED**.

The Clerk of Court is **DIRECTED** to send to petitioner a copy of the docket sheet in his case.

**IT IS SO ORDERED.**

August 7, 2024

KAREN L. LITKOVITZ
U.S. MAGISTRATE JUDGE